**Exhibit A to the Complaint**

**Location:** Sonoma, CA  **IP Address:** 73.170.121.42
**Total Works Infringed:** 36  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 05-22-2022 20:13:46 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 2 | Info Hash: 84E3BECE3CADAE5C5DE913EEBC5F353240357A56<br>File Hash:<br>A27BD0DC662A8E494AD2DF17811179E86B6B9837BA8D162AEAE0C027D35B8BA2 | 02-15-2022 08:28:57 | Vixen | 12-10-2019 | 01-03-2020 | PA0002233429 |
| 3 | Info Hash: 775DEB6869799752C425208A57EC76F2FD91B60C<br>File Hash:<br>C7AF91E7382DAFE1AC88504E58F319D0553667EBD1539184C2C5ACF67D53CFFC | 01-23-2022 21:21:37 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 4 | Info Hash: 634268CAEBB1D79DD97EA42DD3BE2D2656797C22<br>File Hash:<br>CBDDAF90046321F70E4D201793A9A5D45CE7E07DA918561654C82628879A8D02 | 01-16-2022 20:59:19 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 5 | Info Hash: AB6F5DDED2290838AD429C5C8048ECD822E37AFC<br>File Hash:<br>E3929017009B2C9EFC94F419309B16346A86AAE8361D5BA626E7E98131473127 | 01-09-2022 22:10:57 | Vixen | 07-08-2019 | 09-10-2019 | PA0002199411 |
| 6 | Info Hash: 18D1C9E26A0E196C4C939F1EA4171DFEBA8745CB<br>File Hash:<br>62105CFE4A8175089B73CB433075DE5C5527E0269FB62B94C460EFD285F4FB2D | 01-09-2022 21:53:10 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 7 | Info Hash: 749E544460520251EC74E0AFE586F6D1FDE01D75<br>File Hash:<br>C0A0080028456E39A794A70FC0E6687158FEC4749B23E0ED395A961777FB6C06 | 01-03-2022 02:46:42 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 8 | Info Hash: 866ED08FAA30A005479E7691EE82140D1B4C8592<br>File Hash:<br>AA2912896C18FA2955A26EE8C7F058CBDB7BEA61524FE3480F75CC7F58C4B7C6 | 12-31-2021 22:16:30 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |
| 9 | Info Hash: 1E4D9151E4CEC98F69A92CD6D6FE68C5E8972F23<br>File Hash:<br>6FF23A945682BC54C4CBB35994A2BCE8AACE536D816BCEED05F7426578356633 | 12-20-2021 06:17:26 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 10 | Info Hash: FC4BC98F0338FFA6C2E5005A2E540706EF28C66E<br>File Hash:<br>B1ADD14D02483E3D5FF0278F098B71003299DE04C5312ED2D2B019C5CAD45107 | 12-14-2021 07:13:30 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 11 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash:<br>1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 12-14-2021 07:13:10 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B23CE9830A783E770D537D9097F47F4D03FCC397<br>File Hash: BB7CA52BE686951B50DABBD995BFDAF9E6F46B837DBE95A1F0594562FED78E8D | 12-14-2021 07:12:13 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 13 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash: E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 12-05-2021 23:09:53 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 14 | Info Hash: DB89B75E9DAD31F15DC983AABCEB9AE720EDB193<br>File Hash: 4944D7029732BDEAB22221D7A9735586B69A051A79247640CBDDC1C8D2D2F2DF | 11-14-2021 17:00:39 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 15 | Info Hash: 8FDE83C1B6614B3F1A37CD8A0E3EDA558F4A499B<br>File Hash: C174C68A5F6AC1C57DE386D4355E2BD4262DC21312FB9FB8D1B5EC6644FC2B7E | 10-31-2021 03:32:58 | Vixen | 08-27-2017 | 09-15-2017 | PA0002052843 |
| 16 | Info Hash: 11D54A7CCCA1FC5ABAFE9A7172F39ABF4882F687<br>File Hash: 20320E71F1E88717DC5A527E6DE791D768240E8F7DA18AB5DEC377DFBBABDC1B | 10-19-2021 03:56:07 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 17 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 10-19-2021 03:51:19 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 18 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 10-19-2021 03:50:00 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 19 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 10-19-2021 03:49:56 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 20 | Info Hash: FBAAFD828C1D19BF0677E5AF15FBB09ABF82E3E9<br>File Hash: EAEA569AB5525A45137278ECFFB0BAD1E0BC8ECCA1E7D3CFC9A9144C594C1E4C | 09-20-2021 17:47:47 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 21 | Info Hash: E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash: B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-19-2021 15:27:32 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 22 | Info Hash: 23E524B0905E4F08AC4DB56458DE4BFF630E5FC0<br>File Hash: 2FBD2F2BACD9EDE39841A69A16DAF48ACAA076C3AD4255D97CC255A59E4B50D0 | 09-19-2021 15:00:59 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 23 | Info Hash: 64C5FE3D236310F40A80E7FBC9905050811C3CB6<br>File Hash: 2FC8A2A0D43277B48375863E8F59D1CAFF37560781141E53CAB03956CC4901CD | 09-19-2021 15:00:35 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash:<br>60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 09-13-2021<br>22:50:33 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 25 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash:<br>74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 08-22-2021<br>15:50:37 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 26 | Info Hash: 3CAD7A2A0AAECF317DF61A8209EF50F816628EF9<br>File Hash:<br>DCDC4012ECFC833DB16B30305BB12BCAEA6D97E177C4D4DDA09912E5E56A55DB | 08-15-2021<br>19:51:28 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 27 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash:<br>05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 07-31-2021<br>02:27:37 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 28 | Info Hash: 9D1856700B91C39D8A241F97686AB25781DE0068<br>File Hash:<br>F23AFB12A245B3128094DEA7643020281A07036BDD7795ED9B72152023839579 | 07-11-2021<br>14:58:33 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 29 | Info Hash: B93B469375A854DE092DDB78F45BC9F9CE5B9ED8<br>File Hash:<br>75505285620C45A4726764BBEFF53A50B35C05BBCE564EE11FE634E13A75B6DA | 07-04-2021<br>21:21:29 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 30 | Info Hash: 4615FF136FFFC87A2B164521D04F6EF3E16D8EC4<br>File Hash:<br>DDBCC9A12A2BE891DA7F686DE3C3A52E09DB3528C1371FA89709F36254538027 | 05-25-2021<br>08:58:31 | Vixen | 11-20-2018 | 12-18-2018 | PA0002141925 |
| 31 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 05-19-2021<br>04:47:31 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 32 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash:<br>D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 05-19-2021<br>04:38:33 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 33 | Info Hash: 039D06E54A133AD9A1EA93E717F6EBD5F8350EF4<br>File Hash:<br>26A40582EC5A7DF639F1DFC38449BA3E544ED1F28C8A0068646D196572E3019B | 05-16-2021<br>14:20:13 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 34 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash:<br>7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 05-02-2021<br>22:41:05 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 35 | Info Hash: FB672E815A9FEA2A5E75AB12CF8D0C070F88F203<br>File Hash:<br>4533A2D00026774EA08D15C910F8939DF7CFE778FCC019BE146C06FF19256D85 | 04-18-2021<br>22:42:08 | Vixen | 03-30-2019 | 04-29-2019 | PA0002169943 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 5932CA5D6A3BAC6DD2286427B783E4E835B1734B<br>File Hash:<br>D619FEE3395230167C059E657A7083BA9664A6F9137C63F12C583B00DC06F804 | 03-28-2021 20:53:30 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |